**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

N.G. an individual,

       Plaintiff,

v.

DU-PAN LIGHTS HOTEL LLC, d/b/a
DAYS INN BY WYNDHAM ORLANDO
AIRPORT FLORIDA MALL,

       Defendant.

_____/

Case No. 6:23-cv-01056-PGB-DCI

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, N.G., and Defendant, Du-Pan Lights Hotel LLC, d/b/a Days Inn by Wyndham

Orlando Airport Florida Mall, by and through their undersigned and duly authorized counsel and

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal with prejudice

of all claims asserted herein, and each party to pay her or its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Anne E. Accettella* | */s/ I. William Spivey, II* |
| Anne E. Accettella, Esquire | I. William Spivey, II, Esquire |
| Douglas & London, P.C. | Florida Bar No.: 701076 |
| 59 Maiden Lane, 6th Floor | Greenberg Traurig, P.A. |
| New York New York 10038 | 450 South Orange Avenue, Suite 650 |
| Email: aaccettella@douglasandlondon.com | Orlando, Florida 32801 |
| *Co-Counsel for Plaintiff* | spiveyw@gtlaw.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23 day of May, 2024, I electronically filed the foregoing **Joint Stipulation for Dismissal With Prejudice** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anne E. Accettella, Esquire
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York New York 10038
Email: aaccettella@douglasandlondon.com
*Co-Counsel for Plaintiff*
*(via Special Admission under Local Rule 2.01)*

Steven E. Nauman, Esquire
Morgan & Morgan, P.A.
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Email: snauman@forthepeople.com
    ccoates@forthepeople.com
*Co-Counsel for Plaintiff*

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone:  (407) 420-1000
Facsimile:  (407) 420-5909
Email:  spiveyw@gtlaw.com
    bakerco@gtlaw.com
    nef-iws@gtlaw.com
    FLService@gtlaw.com
*Counsel for Defendant, Du-Pan Lights Hotel LLC, d/b/a Days Inn by Wyndham Orlando Airport Florida Mall*

By: */s/ Anne E. Accettella*
Anne E. Accettella, Esquire
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York New York 10038
Email: aaccettella@douglasandlondon.com
*Co-Counsel for Plaintiff*

2